# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3031

_____

Paul Eugene Ledkins

*Plaintiff - Appellant*

v.

Jailer Gustin, Carroll County Detention Center (CCDC); Lieutenant Cribbs, CCDC; Sergeant Morrell, CCDC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: June 27, 2018
Filed: July 2, 2018
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former inmate Paul Eugene Ledkins appeals from the order of the District Court[1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. Viewing the record in a light most favorable to Ledkins and drawing all reasonable inferences in his favor, we agree with the District Court that summary judgment was warranted in this case. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (standard of review). We grant Ledkins's motion to supplement the record, and we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, now retired.